UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CV-81334-ROSENBERG

DANTE HALL,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon *pro se* Petitioner's Motion to Vacate which was previously referred to the Honorable Alicia M. Otazo-Reyes for a Report and Recommendation on any dispositive matters. Judge Otazo-Reyes issued a Report and Recommendation recommending that the Motion be denied. The Court has conducted a *de novo* review of Magistrate Judge Otazo-Reyes' Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Otazo-Reyes' recommendations to be well reasoned and correct. The Court agrees with the analysis in Otazo-Reyes' Report and Recommendation and concludes that Petitioner's Motion should be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Otazo-Reyes' Report and Recommendation is hereby **ADOPTED** and Petitioner's Motion is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 22nd day of January, 2021.

                                                ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE